469 F.2d 694
 David L. JOHNSON, Plaintiff-Appellant,
v.
D. C. HENDRICKSON et al., Defendants-Appellees.
 No. 72-2801 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Dec. 11, 1972.
 
 Marvin J. Zagoria, Atlanta, Ga., for plaintiff-appellant.
 George P. Dillard, Robert E. Mozley, Herbert O. Edwards, Decatur, Ga., for defendants-appellees.
 Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.
 PER CURIAM:
 
 
 1
 This appeal from the district court's dismissal of appellant's claims against fewer than all defendants is dismissed, sua sponte. See Rule 54(b), F.R.Civ.P.
 
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I